ORIGINAL

1419355

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In Re: | ) | Case No. 03-14720(B) |
|---|---|---|
| | ) | |
| KATHERINE M. HILL, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge: RANDOLPH BAXTER |

## TRANSMITTAL OF UNCLAIMED FUNDS

Marvin A. Sicherman, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Claim No. 3          Chase Manhattan Bank                    $10,677.74   ck 110
                     c/o Chase Bankcard Svc.
                     P.O. Box 52176
                     Phoenix, AZ 85072-2176

2. Your trustee's check for $10,677.74 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 12, 2009

Marvin A. Sicherman, Trustee

cc: United States Trustee

[FILED 09 NOV 17 PM 3:13 CLERK US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND]